No. 365. HILLSBORO NATIONAL BANK *v.* BUSCHER, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari

denied. *A. L. Wheeler* for petitioner. *Josiah T. Bullington* for respondent.